**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ERIC DESHON WILLIAMS**                                    **PLAINTIFF**

v.                      **Case No. 4:19-cv-00626-KGB**

**ANNE GARDNER, Assistant**                              **DEFENDANTS**
**U.S. Attorney,** *et al.*

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Eric Deshon Williams's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 29th day of September, 2020.

                                                             Kristine G. Baker
                                                             United States District Judge